# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  : No. 47 WM 2015

               Respondent      :

                 v.             :

KYLE R. GOOSBY,              :

               Petitioner       :

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of September, 2015, the Application for Extraordinary Relief or King's Bench Jurisdiction is **DENIED**.